UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61295-DIMITROULEAS/MATTHEWMAN

ELIZABETH ADDERLEY,

    Plaintiff,

vs.

PREFERRED PRIMARY CARE ASSOCIATES LLC,
NESREEN KURTOM, and WAEL EL-SHARIF,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART MOTION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Patrick Hunt (the "Report") [DE 31], issued on August 25, 2025, and Plaintiff's Verified Motion for Attorney Fees [DE 18], filed on November 18, 2025. The Court notes that no objections to the Report [DE 31] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 31] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 31] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 31] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Motion for Attorney Fees [DE 18] is hereby **GRANTED IN PART** as follows:

    a. Plaintiff is awarded attorney's fees in the amount of $4,400;

    b. Plaintiff's Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge Patrick Hunt